UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMRIX BIOPHARMACEUTICALS, INC.,

          Plaintiff,

   - against -

WALLER CAPITAL PARTNERS, LLC,

          Defendant.

**ORDER**

20 Civ. 388 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference currently scheduled for May 7, 2020 is adjourned to **June 4, 2020 at 11:00 a.m.**

Dated: New York, New York
       April 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge