UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMRIX BIOPHARMACEUTICALS, INC.,<br><br>        Plaintiff,<br><br>   -v-<br><br>WALLER CAPITAL PARTNERS, LLC,<br>        Defendant. | 20-CV-388 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  This case has been reassigned to my docket. Accordingly, the telephonic show-cause hearing previously scheduled by Judge Gardephe for August 20, 2020, at 11:00 a.m., will take place before me, at the same time. However, the parties are directed to dial **the following number: 888-557-8511; code 9300838**.

  Within 10 days, Plaintiff shall serve a copy of this order on Defendant in the same manner as required by Judge Gardephe's Order to Show Cause dated July 9, 2020.

  SO ORDERED.

Dated: July 22, 2020
    New York, New York

                   _____
                   J. PAUL OETKEN
                   United States District Judge