UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMRIX BIOPHARMACEUTICALS, INC.

            Plaintiff,

- against -

WALLER CAPITAL PARTNERS, LLC,

           Defendant.

20-cv-00388-JPO

**DEFAULT JUDGMENT**

      This action having been commenced on January 15, 2020 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Waller Capital Partners, LLC, on February 6, 2020 via the Secretary of State in accordance with Section 303 of the Limited Liability Company Law, and proof of service having been filed on June 10, 2020 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED, and DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $675,000.00 with interest at 9% from October 21, 2019, plus costs and disbursements of this action in the amount of $400.00.

Dated: September 15, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

528107.1